IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | CASE NO. 8:11CR303 |
|---|---|
| Plaintiff, | |
| vs. | AMENDED ORDER |
| LELAND PARKER, JR., | |
| Defendant. | |

This matter is before the Court on the Defendant's Unopposed Motion to Extend Self-Surrender Date to no earlier than December 31, 2012. (Filing No. 75.)

IT IS ORDERED:

1. The Defendant's Unopposed Motion to Extend Self-Surrender Date (Filing No. 75) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, December 31, 2012, to the place designated by the U.S. Bureau of Prisons;

3. Any subsequent requests for extensions of time must be accompanied by documentation from a medical professional stating why an additional extension is necessary and a statement that the government does not object to the request; and

4. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 26th day of November, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge